Ryan Lee, Esq. (SBN: 235879)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
KIM ESTEEN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| KIM ESTEEN, | ) Case No.: 2:13-cv-07028-FMO-RZ |
|   Plaintiffs, | ) |
|   v. | ) **VOLUNTARY DISMISSAL** |
| SWIFT FUNDS, LLC, | ) |
|   Defendant. | ) |

### VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, KIM ESTEEN, by and through her attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case without prejudice.

Dated: November 8, 2013                                KROHN & MOSS, LTD.


                                                        By:    /s/ Ryan Lee, Esq.
                                                        Ryan Lee, Esq.
                                                        Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:     /s/ Ryan Lee, Esq.

Ryan Lee, Esq